IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **AUBRY REA JOHNSON,**<br><br>　　　　　　　　　　Petitioner,<br><br>　　v.<br><br>**A. GILL, Warden,**<br><br>　　　　　　　　　　Respondent. | Case No. 1:12-cv-02043 AWI MJS (HC)<br><br>**ORDER DENYING PETITIONER'S MOTION FOR SANCTIONS**<br><br>**(Doc. No. 10.)** |

　　　　Petitioner is a federal prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

　　　　Petitioner filed the instant Petition on December 17, 2012. On March 6, 2013, the Court ordered Respondent to answer the petition. (ECF No. 7.) However, the order was incorrectly served on the State of California rather than the Federal Bureau of Prisons and the United States Attorney Office. On May 6, 2013, the order was properly served on Respondent. Respondent shall have sixty (60) days from the date of service to file a response.

///

///

///

1

On April 22, 2013, Petitioner filed a motion for sanctions based on Respondent's failure to timely comply with the Court's order. As Respondent had not been served with the Court's order, his failure to comply is excused. Petitioner's motion for sanctions is DENIED.

IT IS SO ORDERED.

Dated:   May 23, 2013                           /s/ *Michael J. Seng*
                                                UNITED STATES MAGISTRATE JUDGE