1
2
3
4
5
6
7
8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10
11
12    **AUBRY REA JOHNSON,**                    Case No. 1:12-cv-02043-AWI-MJS

                                    Petitioner,   **ORDER GRANTING MOTION TO**
13                                                **SUPPLEMENT THE RECORD**

14         **v.**                                  **ORDER DENYING MOTION FOR**
                                                  **EVIDENTIARY HEARING**
15    **A. GILL, Warden,**
                                                  **(Docs. 14, 19)**
16                                   Respondent.

17
18
19         Petitioner is a federal prisoner proceeding *pro se* with a petition for writ of habeas

20    corpus pursuant to 28 U.S.C. § 2241. On June 17, 2013, Petitioner filed a motion to

      supplement the record. The motion is hereby GRANTED. On September 19, 2013,
21
      Petitioner filed a motion for an evidentiary hearing. The motion for an evidentiary hearing
22
      is hereby DENIED. Should the Court find that further evidence is necessary to adjudicate
23
      the matter, it shall order its production and/or  an evidentiary hearing.
24
25    IT IS SO ORDERED.

26
         Dated:   __March 5, 2014__              /s/ *Michael J. Seng*
27
                                                 UNITED STATES MAGISTRATE JUDGE
28